## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ikechi Kallys Albert,                                    Civ. File No. 06-3672 (PAM/JSM)

             Plaintiff,

         v.                                                **ORDER**

Dakota Communities, Inc., Kevin Hondl,
Lori Kingston, Lisa Math, Elizabeth Warner,

             Defendants.

---

This matter comes before the Court on Plaintiff Ikechi Kallys Albert's pro se Motion to Reassign Judicial Officer.  Plaintiff seeks to "Reassign and remove" Magistrate Judge Janie S. Mayeron from this case.

Plaintiff offers no argument on the merits of his Motion, and provides the Court with no reason why Magistrate Judge Mayeron should be removed from the case.  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Reassign Judicial Officer (Clerk Doc. No. 3) is **DENIED**.

Dated: September 12, 2007

                    s/ Paul A. Magnuson
                    Paul A. Magnuson
                    United States District Court Judge